UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| LUIS RIOS and VICTOR CASTANEDA, | ) | 3:06-CV-0647-BES  (RAM) |
| | ) | |
| Plaintiffs, | ) | <u>MINUTES OF THE COURT</u> |
| | ) | |
| vs. | ) | June 22, 2007 |
| | ) | |
| CITY OF RENO, RPD OFFICERS | ) | |
| GEORGE CARRANZA AND OLIVER | ) | |
| MILLER, AND WASHOE COUNTY | ) | |
| DEPUTY JACK BUELL, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>FRANK JUSTILIANO</u>        REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

MINUTE ORDER IN CHAMBERS:

Following the hearing on June 22, 2007, the court reviewed the personnel file of Defendant Jack Buell and finds that the following documents should be produced to counsel for Plaintiffs:

Performance evaluations from April 9, 1995, through January 9, 2007, consisting of the following pages:

34-38
39-41
42-45
46-50

/ / /

MINUTES OF THE COURT
3:06-CV-0647-BES  (RAM)
June 22, 2007
Page Two

53-56
58-62
63-66
72-74
77-81
91-95
97-100
103-107
108-110
113-115

Citations set forth at pages 120-128.

OPI case no. 071-05-01 Conclusions/recommendations consisting of pages 149-152.

Training certificates consisting of the following pages:

153-160
175-176
179-181
190-192
196
198-199
207
209
211
213
215-219
223-224
232-236
247-255
266
271-276

/ / /
/ / /

MINUTES OF THE COURT
3:06-CV-0647-BES  (RAM)
June 22, 2007
Page Three

Counsel for Defendant Buell can pick up the copy of the personnel file supplied to the court from Judge McQuaid's secretary.

The above copy shall be provided to counsel for Plaintiffs within ten (10) days of the date of this order.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK
By:_____/s/_____
        Deputy Clerk